Filed by JA D.C.
Jun 16, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-20174-CR-MORENO/LOUIS**

CASE NO. _____

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1028(a)(7)
18 U.S.C. § 1028(b)(2)(B)
18 U.S.C. § 1028(c)(3)(A)
18 U.S.C. § 1028(b)(5)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

DWAYNE BERNARD BURSE,

**Defendant.**

_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
**Possession of Fifteen or More Counterfeit Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about July 29, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DWAYNE BERNARD BURSE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more access devices which are counterfeit and unauthorized access devices, that is, social security numbers, patient numbers, medical record numbers, dates of birth, and a Florida driver license number belonging to other

persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 2 and 3
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about July 29, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DWAYNE BERNARD BURSE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more access devices which are counterfeit and unauthorized access devices, that is, social security numbers, patient numbers, medical record numbers, and a Florida driver license number belonging to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 3, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Means of Identification |
|---|---|
| 2 | Name and social security number ending in 6549 issued to "I.M." |
| 3 | Name and social security number ending in 8765 issued to "N.T." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNTS 4 and 5
### Fraud in Connection with Identity Information
### (18 U.S.C. § 1028(a)(7))

On or about July 29, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

2

**DWAYNE BERNARD BURSE,**

did knowingly possess, without lawful authority, the means of identification, that is, the names and social security numbers, of other persons as set forth as to each Count below, with the intent to commit, and to aid or abet, and in connection with, an unlawful activity that constitutes a felony under any applicable state of local law, that is, unlawful possession of the personal identification information of another person, in violation of Florida Statute 817.5685, with such possession affecting interstate and foreign commerce:

| Count | Means of Identification |
|---|---|
| 4 | Name and social security number ending in 6549 issued to "I.M." |
| 5 | Name and social security number ending in 8765 issued to "N.T." |

In violation of Title 18, United States Code, Sections 1028(a)(7), (b)(2)(B), (c)(3)(A), and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DWAYNE BERNARD BURSE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Information, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3. Upon conviction of a violation of Title 18, United States Code, Section 1028, as alleged in this Information, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used or intended to be used to commit such offense, pursuant to Title 18, United States Code, Section 1028(b)(5).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1028(b)(5), and 1029(c)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1), 1028(g), and 1029(c)(2).

*Kenneth F. Noto* for
_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


_____
SAJJAD MATIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DWAYNE BERNARD BURSE,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)       Yes ___   No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     X
   - II   6 to 10 days    ___
   - III  11 to 20 days   ___
   - IV   21 to 60 days   ___
   - V    61 days and over ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   X

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No  X

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No  X

_____
Sajjad Matin
Assistant United States Attorney
Court ID A5502371

*Penalty Sheet(s) attached

REV 8/13/2018

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America )  <br> v. ) Case No.  <br> **DWAYNE BERNARD BURSE,** )  <br> )  <br> _Defendant_ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____
_Judge's printed name and title_

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>DWAYNE BERNARD BURSE</u>

**Case No:**

Count #: 1

Possession of Fifteen or More Counterfeit or Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty: 10 Years' Imprisonment**

Counts #: 2 and 3

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty: 2 Years' Imprisonment (consecutive as to any other term of imprisonment)**

Counts #: 4 and 5

Fraud in Connection with Personal Information

Title 18, United States Code, Section 1028(a)(7)

**\*Max. Penalty: 5 Years' Imprisonment**

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.